UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**UNITED STATES OF AMERICA**           **CASE NO. 2:21-CR-00267-01**

**VERSUS**                             **JUDGE JAMES D. CAIN, JR.**

**TAYLOR CHIASSON (01)**               **MAGISTRATE JUDGE KAY**

## JUDGMENT

Before the court is a Report and Recommendation [doc. 31] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 32] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count 1 of the Indictment.

Sentencing is set for January 12, 2023, at 10:00 a.m., before the undersigned in Courtroom 4, Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers on the 31st day of August, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**